RURAL PUBLISHING CO., INC., v. ADOLPH S. KATZMAN.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

WILLIAM A. HOELAND v. CHARLES A. LANGE, Impleaded, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

STANLEY WOLFSON v. BROOKLYN TRUST COMPANY, as Executor, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

MORRIS MEYERS v. PETER C. BRYCE and Others, as Executors, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

In the Matter of HUGH P. ORORKE and Others (OLD KINGSBRIDGE ROAD).—Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ABRAHAM GLANZER and Others v. LEVI SHEPARD and Others.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

NATIONAL IMPORTING AND TRADING COMPANY v. DAVID C. LINK and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

FAULTLESS FUR MANUFACTURING CO., INC., v. 159 WEST 25TH STREET CO., INC.— Motion for leave to appeal denied, with ten dollars costs; motion for stay granted. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

PIERSON & CO. v. AMERICAN STEEL EXPORT COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ROBERT J. MACHER v. ISRAEL GRUBER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

In the Matter of MARY A. EARLY, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

WILLIAM A. BRADY v. ABRAHAM L. ERLANGER.— Motion to amend order of reversal granted on payment of ten dollars costs to defendant and the necessary printing disbursements caused by the change. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

KATE ISRAEL v. DAVID ISRAEL.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

CAROLINE M. ROBINSON v. HUBERT E. ROGERS and Others.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.